**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION**

**CRIMINAL NO.  2:06CR12-4**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **ORDER OF DISMISSAL** |
| | ) | |
| | ) | |
| **MICHAEL DENNIS HERBERT,** | ) | |
| **a/k/a Michael Dennis Hebert** | ) | |
| | ) | |

      **THIS MATTER** is before the Court on the Government's motion to dismiss the indictment as to the captioned Defendant.

      For the reasons stated in the motion,

      **IT IS, THEREFORE, ORDERED** that the Government's motion to dismiss is **ALLOWED**, and the indictment herein is **DISMISSED** as to this Defendant only.

Signed: August 14, 2006

Lacy H. Thornburg
United States District Judge